

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00098-CR

Steven **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-3435
Honorable Andrew Wyatt Carruthers, Judge Presiding

PER CURIAM

Sitting: Irene Rios, Justice
   Beth Watkins, Justice
   Liza A. Rodriguez, Justice

Delivered and Filed: April 1, 2020

DISMISSED FOR LACK OF JURISDICTION

Appellant filed a Notice of Request to File Permissive Appeal in Cause No. 2019-CR-3435.

However, the clerk's record filed in this court relating to Cause No. 2019-CR-3435 does not

contain an appealable interlocutory order or a final judgment. We have jurisdiction only after

entry of a final judgment. *See Williams v. State*, 464 S.W.2d 842, 844 (Tex. Crim. App. 1971);

*Keller v. State*, 760 S.W.2d 816, 817 (Tex. App.—Corpus Christi 1988, no pet.). We therefore

ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.

Appellant has not responded.  We dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH